BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant CABRERRA-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>                    Plaintiff,        )<br>                                                        )<br>          v.                                          )<br>                                                        )<br>FERNANDO CABRERRA GOMEZ,  )<br>                                                        )<br>                    Defendant.     )<br>_____) | No. CR-05-70114 MEJ<br><br>**[PROPOSED] RELEASE ORDER** |

**TO:   THE UNITED STATES MARSHAL AND THE WARDEN OF GLENN E. DYER DETENTION FACILITY**

The government having moved for dismissal of this matter, and this Court having granted the government's motion for good cause shown, IT IS HEREBY ORDERED that defendant Fernando Cabrerra Gomez shall be released from the custody of the United States Marshal and the Alameda County Sheriff, Glenn E. Dyer Detention Facility, immediately.

IT IS SO ORDERED.

DATED:   September 12, 2005               _____
                                                                    JOSEPH C. SPERO
                                                                    UNITED STATES MAGISTRATE JUDGE

1