KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI CHOI (WVSBN 0722)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7168

Attorneys for Plaintiff

FILED
SEP 1 2 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO CABRERRA GOMEZ,<br><br>　　　　Defendant. | No. CR-05-70114 MAG<br><br>GOVERNMENT'S MOTION TO DISMISS AND ~~(PROPOSED)~~ ORDER |

　　The United States Attorney's Office for the Northern District of California moves to dismiss the charges against Fernando Cabrerra Gomez in the above entitled complaint now pending before this Court pursuant to Federal Rule of Criminal Procedure 48 (a).

DATED: September 12, 2005

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　EUMI CHOI
　　　　　　　　　　　　　　　　Chief, Criminal Division

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　C. DAVID HALL
　　　　　　　　　　　　　　　　Assistant United States Attorney

MOTION TO DISMISS

1  ~~(PROPOSED)~~ ORDER

2

3   Upon the motion of the United States, the proceedings in the above entitled matter is
4  dismissed as to the defendant Fernando Cabrerra Gomez.

5  Dated: 9/12/05

6
                                                    HON. JOSEPH C. SPERO
7                                                   United States Magistrate Judge

8

MOTION TO DISMISS